| | |
|---|---|
| 1 | BRENDA H. ENTZMINGER |
| | Nevada Bar No. 9800 |
| 2 | TIMOTHY D. KUHLS |
| 3 | Nevada Bar No. 13362 |
| | **PHILLIPS, SPALLAS & ANGSTADT LLC** |
| 4 | 504 South Ninth Street |
| | Las Vegas, Nevada 89101 |
| 5 | (702) 938-1510 |
| 6 | bentzminger@psalaw.net |
| | tkuhls@psalaw.net |
| 7 | |
| | *Attorneys for Defendant* |
| 8 | *Sam's West, Inc.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAGDALINA AGUSTIN CABRAS, | Case No.: 2:17-cv-00654-JCM-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| WAL-MART STORES, INC., d/b/a SAM'S CLUB STORE #6261, a Delaware foreign corporation; SAM'S WEST, INC., an Arkansas foreign corporation; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 24th day of July, 2017.    DATED this 31st day of July, 2017.

RICHARD HARRIS LAW FIRM              PHILLIPS, SPALLAS & ANGSTADT

Kristopher M. Helmick, Esq.           Timothy D. Kuhls, Esq.
801 S. Fourth St.                     504 South Ninth Street
Las Vegas, Nevada 89101               Las Vegas, Nevada 89101
*Attorneys for Plaintiff*             *Attorneys for Defendant*
*Magdalina Cabras*                    *Sam's West, Inc.*

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED August 2, 2017.

_____
UNITED STATES DISTRICT JUDGE

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com